Court of Appeals for the Fifth Circuit denied. *Mr. Irving K. Baxter* for petitioner.

No. 816. CARBON SILK MILL CO. *v.* POWELL ET AL., TRUSTEES OF VERTEX HOSIERY MILLS, INC. April 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Michael J. Evansha* for petitioner. *Mr. William E. Mikell, Jr.* for respondents.

No. 841. STANDARD OIL CO. *v.* ZANGERLE, AUDITOR, ET AL. April 29, 1940. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. Isador Grossman* for petitioner. *Mr. Frederick W. Green* for respondents.

No. 856. NORCOR COMPANY *v.* SCHMITT. April 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Irving Breakstone* for petitioner. *Mr. Ralph M. Snyder* for respondent.

No. 857. AMERICAN LIFE INSURANCE CO. *v.* HUTCHESON. April 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. J. F. Finlay* for petitioner. *Mr. Chas. C. Moore* for respondent.

No. 885. RAILROAD CREDIT CORP. *v.* SOUTHERN RAILWAY CO. April 29, 1940. Petition for writ of certiorari